UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>CONNIE GIPSON, et al., <br><br>　　　　Defendants. | No. 2:19-cv-01469-JAM-CKD P <br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On December 17, 2020, the court ordered that this case proceed on First and Eighth Amendment claims against defendant Dr. Smith alleged in the second amended complaint. Defendant Smith was identified as a staff psychologist at the California Health Care Facility. The waiver of service of process directed to defendant Smith was returned because there was not enough identifying information. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////
1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed July 9, 2020;

4     2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form for defendant Smith;

        b. Two copies of the endorsed second amended complaint filed July 9, 2020; and

        c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: February 11, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/wilk1469.8e.docx

2

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No.

12           Plaintiff,

13      v.                                      NOTICE OF SUBMISSION OF
                                                DOCUMENTS
14

15           Defendant.

16

17      Plaintiff hereby submits the following documents in compliance with the court's order

18  filed _____ :

19      ____        completed summons form

20      ____        completed USM-285 forms

21      ____        copies of the _____

22                            Complaint

23  DATED:

24
25
26
27                                              _____

28                                              Plaintiff

3