IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEENAN WILKINS,** | 2:19-cv-01469 JAM CKD P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| **CONNIE GIPSON, et al.,** | |
| Defendants. | |

Defendants C. Gipson, S. Heslop, R. Diaz, J. Miller, L. Shadrick, and M. Smith have applied, *ex parte*, to modify the "Order Referring Case to Post-Screening ADR Project and Staying Case for 120 Days" (ECF No. 46). Having considered the application, the Court finds good cause to grant this request. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' application to modify the referral order is GRANTED.

2. The Order Referring Case to Post-Screening ADR Project and Staying Case for 120 Days (ECF No. 45) is modified as follows:

   a. Defendants shall contact the Courtroom Deputy by October 25, 2021 to schedule a settlement conference.

///

        b.        The deadline for Defendants to opt out of the Post-Screening ADR Project is extended to November 23, 2021.

        c.        This action is stayed until January 24, 2022.

3.        All other provisions of the Order Referring Case to Post-Screening ADR Project and Staying Case for 120 Days (ECF No. 45) shall remain in effect.

IT IS SO ORDERED.

Dated: August 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE