UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEENAN WILKINS,**<br><br>                                    Plaintiff,<br><br>            v.<br><br>**CONNIE GIPSON, et al.,**<br><br>                                    Defendants. | Case No. 2:19-cv-01469 JAM CKD (PC)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO AMEND ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

   Plaintiff Keenan Wilkins, a California inmate proceeding *pro se*, brings this civil rights action against several individual defendants, including Defendant Miller. *See* Doc. No. 22. Defendants move to amend their Answer to Plaintiff's Second Amended Complaint to correctly identify Defendant Miller as "T. Miller." *See* Doc. No. 68. Upon due consideration, good cause appearing and pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** Defendants' motion and **ORDERS** Defendants to file their Amended Answer, attached as Exhibit A to their motion, within five (5) days from the date this Order is filed.

   **IT IS SO ORDERED**.

Dated:  June 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

(2:19-cv-01469 JAM CKD)