UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1469 DAD CKD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Attorney Yolanda Huang has requested leave to participate on behalf of plaintiff for the limited purpose of assisting plaintiff in the settlement negotiations set for January 26, 2023 at 10 a.m. before the undersigned. Plaintiff has indicated previously that he seeks Ms. Huang's participation and Ms. Huang represents that plaintiff concurs in the request. Ms. Huang further represents that defendants do not oppose the request.

////
////
////
////
////
////

1

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that the request filed January 13, 2023 (ECF No. 92) is **GRANTED**. Ms. Huang may participate in this matter for the limited purpose of assisting plaintiff in the settlement discussions.

DATED: January 13, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/wilk1469.sett conf

2