| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>William C. Kwong, State Bar No. 168010<br>Supervising Deputy Attorney General<br>Anne M. Kammer, State Bar No. 243113<br>Deputy Attorney General<br> 600 West Broadway, Suite 1800<br> San Diego, CA 92101<br> P.O. Box 85266<br> San Diego, CA 92186-5266<br> Telephone: (619) 321-5781<br> Fax: (619) 645-2581<br> E-mail: Anne.Kammer@doj.ca.gov<br>*Attorneys for Defendants Gipson, Heslop, Diaz, Smith, Shadrick, and T. Miller* | Yolanda Huang, State Bar No. 104543<br>Law Office of Yolanda Huang<br>P.O. Box 5475<br>Berkeley, CA 94705-0475<br>Telephone: (510) 329-2140<br>Fax: (510) 580-9410<br>Email: yhuang.law@gmail.com<br>*Attorney for Plaintiff Keenan Wilkins* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEENAN WILKINS,**<br><br>         Plaintiff,<br><br>v.<br><br>**C. GIPSON, et al.,**<br><br>         Defendants. | 2:19-cv-01469-DAD-CKD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS SMITH AND SHADRICK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Dale A. Drozd<br>Action Filed: July 31, 2019 |

Plaintiff Keenan Wilkins and Defendants Smith and Shadrick stipulate to the dismissal of Plaintiff's claims in this action against Defendants Smith and Shadrick with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party will bear its own costs and attorney's fees.

**IT IS SO STIPULATED**.

Dated: February 6, 2023

/s/ *Yolanda Huang* (as authorized on 2/6/2023)
YOLANDA HUANG
Attorney for Plaintiff

Dated: February 6, 2023

/s/ *Anne M. Kammer*
ANNE M. KAMMER
Deputy Attorney General
Attorney for Defendants Smith and Shadrick

**ORDER**

Upon due consideration, the Court **GRANTS** the parties' stipulation and **DISMISSES** this action with prejudice as to Defendants Smith and Shadrick pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated: February 23, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2021300389
36722392