UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEENAN WILKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**CONNIE GIPSON, et al.,**<br><br>Defendants. | Case No. 2:19-cv-01469-DAD-CKD<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXTENSION TIME TO FILE DISPOSITIONAL DOCUMENTS** |

On February 7, 2023, Defendants filed a Notice of Settlement. *See* Doc. No. 102. Defendants now move for a thirty-day extension of the current March 3, 2023 deadline to file dispositional documents in this action. Defendants have not previously requested an extension of the deadline. Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' motion. Dispositional documents shall be filed on or before **April 2, 2023**.

**IT IS SO ORDERED**.

Dated:  March 6, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE