UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEENAN WILKINS,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**CONNIE GIPSON, et al.,**<br><br>                              Defendants. | Case No. 2:19-cv-01469-DAD-CKD<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR A SECOND EXTENSION TIME TO FILE DISPOSITIONAL DOCUMENTS** |

On February 7, 2023, Defendants filed a Notice of Settlement. *See* Doc. No. 102. Defendants previously requested and received a thirty-day extension of the deadline to file dispositional documents in this action. *See* Doc. Nos. 104, 105. Defendants now move for a second extension of the deadline, and request twenty-one additional days in which to file their dispositional documents. Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' motion. Dispositional documents shall be filed on or before **April 23, 2023**.

**IT IS SO ORDERED**.

Dated:  April 7, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE