ROB BONTA, State Bar No. 202668
Attorney General of California
WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
ANNE M. KAMMER, State Bar No. 243113
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 321-5781
  Fax:  (619) 645-2581
  E-mail:  Anne.Kammer@doj.ca.gov
*Attorneys for Defendants Gipson, Heslop,
Diaz, Smith, Shadrick, and T. Miller*

YOLANDA HUANG, State Bar No. 104543
Law Office of Yolanda Huang
P.O. Box 5475
Berkeley, CA 94705-0475
Telephone: (510) 329-2140
Fax: (510) 580-9410
Email: yhuang.law@gmail.com
*Attorney for Plaintiff Keenan Wilkins*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **KEENAN WILKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**CONNIE GIPSON, et al.,**<br><br>Defendants. | 2:19-cv-1469-DAD-CKD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Dale A. Drozd |

1

Plaintiff Keenan Wilkins and Defendants Gipson, Diaz, Heslop, and Miller (the parties) stipulate to dismissal of this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties further stipulate to the Court's retention of jurisdiction for the purpose of enforcing the terms of the executed Settlement Agreement.

**IT IS SO STIPULATED**.

Dated:   April 21, 2023          /s/ *Yolanda Huang* (as authorized on 4/21/2023)

YOLANDA HUANG
Attorney for Plaintiff

Dated:   April 21, 2023          /s/ *Anne M. Kammer*

ANNE M. KAMMER
Deputy Attorney General
Attorney for Defendants

## ORDER

Upon due consideration, the Court **GRANTS** the parties' stipulation and **DISMISSES** this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED**.

Dated:  April 25, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2